Keith Manginelli

119 Island Pkwy N.

Island Park, New York 11558

September 12, 2011

Your Honor,

I am Rick Manginelli's brother. When I first became aware about the news of the felony charges being placed upon my brother, I was shocked and extremely disturbed. Being in the education field, I truly understand the internet restrictions that are implemented in order to protect the safety of our children and how it is society's job to protect them from dangerous people. I honestly believe that my brother is not a dangerous person and that he would never physically or verbally harm a child.

Although I am not aware of every aspect of my brother's daily schedule, I do know that he is a caring husband, father, brother and son and often works seven days a week to provide for his family.

I believe that during the past ten months, his being incarcerated has given him the time to reflect on his inappropriate behavior. I am not condoning his behavior, nor am I making excuses for him, but I know for a certainty that his actions do not depict who he has been as a person for the past 46 years nor does it represent his character.

Before the present charges, my brother was a model citizen as he lived his life respecting the laws and regulations that protect our society. I believe that jail time will not help my brother learn his lesson nor rehabilitate him. Regardless of his punishment, he will spend the rest of his life with the embarrassment and shame associated with his unacceptable behavior. I also understand that living in shame does not alleviate the severity of his actions. However, therapy and probation would certainly be a viable alternative to incarceration.

Thank you for your time and consideration.

Sincerely,

*Keith Manginelli*
Keith Manginelli